IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FORWARD MOMENTUM, LLC, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| TEAM HEALTH, INC., et al., | ) ) ) |
| Defendants. | ) |

CIVIL ACTION NO.:
2:17-cv-00346-WKW

## NOTICE OF FILING OF AMENDED EXHIBIT

COME NOW, the Plaintiffs, and hereby submit the attached Amended Exhibit A, "Settlement Agreement", to Doc. 92, "Memorandum in Support of Unopposed Motion for Preliminary Approval of Class Action Settlement".

Amended Exhibit A attached to this Notice is the fully executed Settlement Agreement between the parties, and contains the most up-to-date version of the Notice, along with the most up-to-date list of excluded facilities. There are no substantive changes to the Settlement Agreement itself. Should the Court issue a Preliminary Approval Order, the Plaintiffs respectfully request that the Court Preliminarily Approve the Amended Exhibit A.

RESPECTFULLY SUBMITTED,

*/s/ D. G. Pantazis, Jr.*
D.G. Pantazis, Jr.
Craig L. Lowell

*Attorneys for Plaintiffs*

**OF COUNSEL**:
WIGGINS CHILDS PANTAZIS
FISHER GOLDFARB LLC
The Kress Building
301 Nineteenth Street North
Birmingham, Alabama 35203
(205) 314-0557
dgp@wigginschilds.com
clowell@wigginschilds.com

Floyd D. Gaines
Daniel B. Snyder
GAINES LLC
2160 Highland Avenue South
Suite 101
Birmingham, Alabama 35205
fgaines@gainesll.com
dsnyder@gainesllc.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will serve a Notice of Electronic Filing generated by CM/ECF on all counsel of record.

> M. Jefferson Starling, III, Esquire
> Ryan Hodinka, Esquire
> BALCH & BINGHAM LLP
> Post Office Box 306
> Birmingham, Alabama 35201-0306
> jstarling@balch.com
> rhodinka@balch.com
>
> Peter R. Goldman, Esquire
> Nina C. Welch, Esquire
> NELSON MULLINS BROAD AND CASSEL
> One Financial Plaza, Suite 2700
> 100 S.E. Third Avenue
> Ft. Lauderdale, Florida 33394
> Peter.goldman@nelsonmullins.com
> Nina.welch@nelsonmullins.com

> */s/ D. G. Pantazis, Jr.*
> Of Counsel